AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**TRENT P. BIRNER on behalf of himself and all others similarly situated**

vs.

**GENERAL MOTORS CORPORATION; and JOHN DOES 1-30**

**FILED**

JAN 3 0 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: **06-1148**

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant and against plaintiff, plus costs.

ENTER this 27th day of January, 2007

JOHN M. WATERS, CLERK

s/C. Lambie
BY: DEPUTY CLERK

06-1148.wpd